## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEHO LIZDE,<br><br>    Plaintiff,<br><br>v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>    Defendants. | Case No. 1:18-cv-2597 |

### RULE 41(a) NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS

Since Plaintiff filed the present lawsuit, USCIS adjudicated this green card application and granted lawful permanent status upon Plaintiff after an eight and a half year wait. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff respectfully dismisses all claims against the Defendants with prejudice.

HACKING LAW PRACTICE, LLC

*/s/ James O. Hacking, III*
James O. Hacking, III, Bar # MO 46728
10900 Manchester Road, Suite 203
St. Louis, MO 63122
Phone: (314) 961-8200
Fax: (314) 961-8201
Email: jim@hackinglawpractice.com